Opinion issued February 6, 2003 












In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00502-CR

____________


ALEXANDER CABRERA, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 262nd District Court

Harris County, Texas

Trial Court Cause No. 893376






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant. We have not yet issued a decision. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).